UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MORAD NASHER, et al.,<br><br>        Defendant. | Case No.   1:23-cv-0285 KJM JDP<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant **Morad Nasher** in accordance with the Court's Order filed on 05/06/24.

May 6, 2024                                                                KEITH HOLLAND, CLERK

                                                                           By: /s/ A. Benson , Deputy Clerk